JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| THERESA BROOKE, | ) | Case No. CV 22-8490 FMO (RAOx) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| THE BURBANK HOTEL LLC, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 24th day of February, 2023.

/s/
Fernando M. Olguin
United States District Judge